IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC JEFFERSON HOBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00737 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Eric Jefferson Hobson's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 15), and Plaintiff filed a Reply (Doc. No. 20). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be granted, the decision of the Social Security Administration be reversed, and the case be remanded for further proceedings. (Doc. No. 21 at 23.) The Report was filed on May 2, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion. The Court **REVERSES** and **REMANDS** the case to the Commissioner for further proceedings as outlined in the Report. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___ day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT